THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, a California Company,<br><br>Plaintiff,<br><br>v.<br><br>SAT, 2400, LLC d/b/a Stanford Apartments, a Washington Corporation,<br><br>Defendant. | No.: 2:15-cv-01098-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VACATUR |

Plaintiff has moved for an order vacating certain judgments and orders, including (1) Judgment in a Civil Case (ECF 86), (2) Order Granting in Part SAT's Motion for *Olympic Steamship* Award (ECF 97); and (3) all substantive orders underlying those decisions, including the Order Granting in Part SAT, 2400's Motion for Partial Summary Judgment and Denying Eagle West's Cross-Motion for Summary Judgment (ECF 34) and the pretrial orders in limine (ECF 62, 63.) Defendant does not oppose the motion.

Vacatur is authorized by Fed. R. Civ. P. 60(b). *American Games, Inc. v. Trade Products, Inc.*, 142 F.3d 1164, 1168 (9th Cir. 1998). A district court that is asked to vacate its own unreviewed orders and judgments is required to engage in an "equitable balancing test" that weighs the factors identified in *American Games. Id.* at 1167.

  Having undertaken that equitable balancing test and finding that the equities weigh in favor of granting the motion,

  IT IS ORDERED that Plaintiff's motion for vacatur is granted. As a result, the (1) Judgment in a Civil Case (ECF 86), (2) Order Granting in Part SAT's Motion for *Olympic Steamship* Award (ECF 97); and (3) all substantive orders underlying those decisions, including the Order Granting in Part SAT, 2400's Motion for Partial Summary Judgment and Denying Eagle West's Cross-Motion for Summary Judgment (ECF 34) and the pretrial orders in limine (ECF 62, 63) are vacated.

  DATED this 11th day of July, 2017.

            _____
            HONORABLE ROBERT S. LASNIK

Submitted by:

BULLIVANT HOUSER BAILEY PC

By /s/ *John A. Bennett*
   John A. Bennett, WSBA #33214
   E-Mail: john.bennett@bullivant.com
   Bullivant Houser Bailey, PC
   1700 Seventh Ave., Suite 1810
   Seattle, WA 98101
   206.292.8930
   Attorneys for Plaintiff Eagle West Insurance Company